## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

PERRY LEE JACKSON, JR.
ADC #90614                                                                                          PLAINTIFF

V.                                 2:06CV00196 GH/JTR

JEREMY ANDREWS,
Major, East Arkansas Regional Unit,
Arkansas Department of Correction, et al.                                        DEFENDANTS

### JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that, pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to timely and properly comply with the Court's December 20, 2006 Order. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

DATED this 24th day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE